IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02103-WJM-BNB

DUSTIN L. BYLER, an individual

Plaintiff,

v.

ELICIT LIFE LLC, a Colorado limited liability company, and
MICHAEL GUESS, an individual

Defendant,

---

# MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that **Defendants' Unopposed Motion to Appear Telephonically** [Doc. # 20, filed 1/6/2015] is DENIED.

DATED: January 7, 2015