IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02103-WJM-BNB

DUSTIN L. BYLER, an individual

Plaintiff,

v.

ELICIT LIFE LLC, a Colorado limited liability company, and
MICHAEL GUESS, an individual

Defendant,

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Defendants' Unopposed Motion for Leave to Appear Telephonically or Via Video Conference for Scheduling Conference Set for January 13, 2015 - 02:30 pm** [docket no. 23, filed January 7, 2015] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED. Defense counsel may appear telephonically by calling Chambers at the appropriate time at **303-844-6408**.

DATED: January 7, 2015