**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action 14-cv-02103-WJM-NYW

DUSTIN L. BYLER,

    Plaintiff,

v.

ELICIT LIFE LLC, a Colorado limited liability company, and
MICHAEL GUESS,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case and the Order Dismissing Case Without Prejudice, entered by the Honorable William J. Martínez, United States District Judge, on August 11, 2015,

IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

IT IS FURTHER ORDERED that Judgment is entered for Defendants and the action and Complaint are dismissed. The parties shall bear their own costs.

Dated at Denver, Colorado this  12th  day of August 2015.

                                              BY THE COURT:
                                              JEFFREY P. COLWELL, CLERK

                                              By:  s/Deborah Hansen
                                              Deborah Hansen, Deputy Clerk